**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/27/2022

IN RE:

| | |
|---|---|
| RICHARD I. BOTHELL<br>DIANA C. BOTHELL<br>123 MAPLEWOOD DRIVE<br>BUTLER, PA 16001<br>XXX-XX-9327        Debtor(s)<br><br>XXX-XX-7288 | Case No.17-24421 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/27/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | ACCOUNT NO. | CLAIM | COMMENT |
|---|---|---|---|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 1 | 0.00% |  | NOTICE ONLY | 4188 | 0.00 | JCP/PRAE |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | 2 | 0.00% |  | NOTICE ONLY |  | 0.00 | PINGORA/PRAE |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | 3 | 0.00% | 12 | MORTGAGE REGULAR PAYMEN | 8062 | 0.00 | PMT/DECL*CL12GOV*CENLAR MTG/PL*DK4LMT*LATE*FR CENLAR/PINGORA-DOC |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | 4 | 12.88% | 9 | VEHICLE | 2986 | 12,198.64 | CL9GOV*12112@5%/PL@K~PL NT K*GM FNCL/PL |
| **ONE MAIN FINANCIAL OF PA INC FKA SPRINGLE**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | 5 | 5.50% | 4 | UNSECURED  (S) | 3859 | 8,305.34 | 8,960@5.5%MDF/PL@SEC*UNS/CL*DK |
| **CENLAR-LOAN ADMINISTRATION(*)**<br>ATTN: BANKRUPTCY PMT PROCESSING*<br>PO BOX 77409*<br>EWING, NJ 08628 | 6 | 0.00% |  | NOTICE ONLY |  | 0.00 |  |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | 7 | 0.00% |  | NOTICE ONLY |  | 0.00 |  |
| **PINGORA LOAN SERVICING LLC**<br>C/O CENLAR FSB**<br>425 PHILLPS BLVD<br>EWING, NJ 08618 | 8 | 0.00% |  | NOTICE ONLY |  | 0.00 |  |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br>BUTLER, PA 16001 | 9 | 0.00% |  | UNSECURED CREDITOR | 1147 | 0.00 |  |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 10 | 0.00% | 10 | UNSECURED CREDITOR | 7777 | 3,298.23 |  |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 668.00<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5591 |
| **CITIBANK NA\*\***<br>BANKRUPTCY NOTICING CENTER<br>701 E 60TH ST N<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH\*NO NUM~NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 271.47<br>COMMENT: SYNCHRONY/DICK'S SPORTING GOODS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0360 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 983.87<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0363 |
| **DISH NETWORK**<br>C/O BANKRUPTCY DEPT<br>9601 S MERIDIAN BLVD<br><br>ENGLEWOOD, CO 80112 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 1,922.45<br>COMMENT: CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0930 |
| **CAVALRY SPV I LLC - ASSIGNEE(\*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC\*<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 468.84<br>COMMENT: NO ACCT/SCH\*SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9027 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 794.10<br>COMMENT: NO ACCT/SCH\*KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7071 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TRI RIVERS SURGICAL ASSOC.**<br>9104 BABCOCK BOULEVARD<br>SUITE 6111<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim Number / INT % | Court Claim Number | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|
| ONE MAIN FINANCIAL OF PA INC FKA SPRINGLE<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | 21 / 0.00% | | UNSECURED CREDITOR | 3859 | 0.00 | CL@CID 5*DK |
| FREEDOM MORTGAGE CORPORATION<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | 22 / 0.00% | 12 | MORTGAGE ARR. | 8062 | 17,153.26 | CL12GOV*12k/PL@CENLAR*LATE*FR CENLAR/PINGORA-DOC 38 |
| VERIZON BY AMERICAN INFOSOURCE LP - AGE<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | 23 / 0.00% | 7 | UNSECURED CREDITOR | 0001 | 187.45 | NT/SCH |
| PINNACLE CREDIT SERVICES LLC - ASSIGNEE<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0368 | 24 / 0.00% | 11 | UNSECURED CREDITOR | 0877 | 5,557.02 | NT/SCH*MIDLAND*CITIBANK*STALE*DK |
| KML LAW GROUP PC*<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 25 / 0.00% | | NOTICE ONLY | | 0.00 | FREEDOM MORT/PRAE |
| BROCK & SCOTT PLLC<br>302 FELLOWSHIP RD STE 130<br>MT LAUREL, NJ 08054 | 26 / 0.00% | | NOTICE ONLY | | 0.00 | FREEDOM MORT/PRAE |