

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:     17-24421

DEBTOR(S):

RICHARD I BOTHELL

DIANA C BOTHELL

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 11 IN THE AMOUNT OF $5,557.02

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC its successors and assigns as assignee of Midland Credit Management, Inc.

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(866) 572-0265

DATE:

4/29/2022