Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard I. Bothell**
**Diana C. Bothell**
Debtor(s)

Bankruptcy Case No.: 17−24421−JAD

Chapter: 13
Docket No.: 71 − 70

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 29th of March, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/24/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/23.**

                                                         Jeffery A. Deller
                                                         United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-24421-JAD
Richard I. Bothell Chapter 13
Diana C. Bothell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Mar 29, 2023     Form ID: 408     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard I. Bothell, Diana C. Bothell, 123 Maplewood Drive, Butler, PA 16001-9696 |
| 14722320 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, PO Box 182676, Columbus, OH 43218-2676 |
| 14722312 | + | Cenlar Loan Admin, PO Box 77404, Ewing, NJ 08628-6404 |
| 14722313 | + | Cenlar Mortgage, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 14722316 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14722318 | + | GM, PO Box 181145, Arlington, TX 76096-1145 |
| 15426286 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14722325 | + | Phelan HallinanDiamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14722326 | + | Pingora Loan Servicing LLC, 1755 Blake St, Suite 200, Denver, CO 80202-1479 |
| 14722328 | + | Tri Rivers Surgical Associates, 142 Clearview Cir, Butler, PA 16001-1565 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 29 2023 23:54:00 | Americredit Financial Services, Inc dba GM Financi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:28 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753982 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 29 2023 23:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14722309 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Mar 29 2023 23:53:16 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14757669 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:39 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14722310 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:38 | Capital One Bank USA NA, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14743318 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750053 | + | Email/Text: bankruptcy@cavps.com | Mar 29 2023 23:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14722314 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:27 | Citibank Customer Service, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14722315 | | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:49 | Dicks Sporting Goods, P O Box 530916, Atlanta, GA 30353-0916 |
| 14735586 | + | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, Discover Product Inc, PO BOX |

Case 17-24421-JAD   Doc 72   Filed 03/31/23   Entered 04/01/23 00:31:59   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14722317 | + | Email/Text: Bankruptcy.Consumer@dish.com | Mar 29 2023 23:53:00 | DishNetwork, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 15426287 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 29 2023 23:53:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14894615 | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 29 2023 23:53:00 | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14722319 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 29 2023 23:54:00 | GM Financial, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 14722321 | | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:36 | JCPenney, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14722322 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2023 23:53:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14722323 | | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:49 | Lowe's/Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 14753084 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14736353 | | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 23:52:34 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14722324 | + | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 23:52:33 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14731886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14723021 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14788429 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:28 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Midland Credit, Management, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722327 | | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:35 | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14752255 | | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 23:52:41 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | PINGORA LOAN SERVICING, LLC |
| 14790364 | | PINGORA LOAN SERVICING, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766052 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14722311 | * | Capital One Bank USA NA, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15426289 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15426288 | *+ | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 17-24421-JAD    Doc 72    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 29, 2023 | Form ID: 408 | Total Noticed: 36 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 31, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:**

**Name**   **Email Address**

Brian Nicholas
  on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Denise Carlon
  on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Jerome B. Blank
  on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com

Jerome B. Blank
  on behalf of Creditor PINGORA LOAN SERVICING  LLC jblank@pincuslaw.com

Kenneth Steidl
  on behalf of Joint Debtor Diana C. Bothell julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Kenneth Steidl
  on behalf of Debtor Richard I. Bothell julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Maria Miksich
  on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
  on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
  on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com


TOTAL: 11