**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD I. BOTHELL<br>DIANA C. BOTHELL<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:17-24421 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 11/02/2017 and confirmed on 12/15/17. The case was subsequently Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 105,134.80 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,134.80 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 4,739.14 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,239.14 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 54,461.31 | 0.00 | 54,461.31 |
|     Acct: 8062 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 17,153.26 | 17,153.26 | 0.00 | 17,153.26 |
|     Acct: 8062 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 12,198.64 | 12,198.64 | 4,061.31 | 16,259.95 |
|     Acct: 2986 | | | | |
| | | | | 87,874.52 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD I. BOTHELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   ONE MAIN FINANCIAL OF PA INC FKA SPR | 8,257.87 | 8,257.87 | 1,080.97 | 9,338.84 |
|     Acct: 3859 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1147 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,298.23 | 261.85 | 0.00 | 261.85 |
|     Acct: 7777 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 668.00 | 53.03 | 0.00 | 53.03 |
|     Acct: 5591 | | | | |
|   CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND FUNDING LLC | 271.47 | 21.55 | 0.00 | 21.55 |
|     Acct: 0360 | | | | |
|   DISCOVER BANK(*) | 983.87 | 78.11 | 0.00 | 78.11 |
|     Acct: 0363 | | | | |
|   DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,922.45 | 152.62 | 0.00 | 152.62 |

17-24421 JAD                                                                                          Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0930 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 468.84 | 37.22 | 0.00 | 37.22 |
| Acct: 9027 | | | | |
| CAPITAL ONE NA** | 794.10 | 63.04 | 0.00 | 63.04 |
| Acct: 7071 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRI RIVERS SURGICAL ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL OF PA INC FKA SPR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3859 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 187.45 | 14.88 | 0.00 | 14.88 |
| Acct: 0001 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSIG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0877 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4188 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CENLAR-LOAN ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PINGORA LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,021.14 |

TOTAL PAID TO CREDITORS                                                                                97,895.66

TOTAL CLAIMED
PRIORITY              0.00
SECURED          29,351.90
UNSECURED        16,852.28

Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   RICHARD I. BOTHELL
   DIANA C. BOTHELL
       Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:17-24421 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard I. Bothell  
Diana C. Bothell  
    Debtors

Case No. 17-24421-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 29, 2023      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard I. Bothell, Diana C. Bothell, 123 Maplewood Drive, Butler, PA 16001-9696 |
| 14722320 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, PO Box 182676, Columbus, OH 43218-2676 |
| 14722312 | + | Cenlar Loan Admin, PO Box 77404, Ewing, NJ 08628-6404 |
| 14722313 | + | Cenlar Mortgage, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 14722316 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14722318 | + | GM, PO Box 181145, Arlington, TX 76096-1145 |
| 15426286 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14722325 | + | Phelan HallinanDiamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14722326 | + | Pingora Loan Servicing LLC, 1755 Blake St, Suite 200, Denver, CO 80202-1479 |
| 14722328 | + | Tri Rivers Surgical Associates, 142 Clearview Cir, Butler, PA 16001-1565 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 29 2023 23:54:00 | Americredit Financial Services, Inc dba GM Financi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:28 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753982 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 29 2023 23:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14722309 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Mar 29 2023 23:53:16 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14757669 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14722310 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:38 | Capital One Bank USA NA, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14743318 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750053 | + | Email/Text: bankruptcy@cavps.com | Mar 29 2023 23:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14722314 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:41 | Citibank Customer Service, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14722315 | | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:04 | Dicks Sporting Goods, P O Box 530916, Atlanta, GA 30353-0916 |
| 14735586 | + | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, Discover Product Inc, PO BOX |

Case 17-24421-JAD    Doc 73    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
                          Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14722317 | + | Email/Text: Bankruptcy.Consumer@dish.com | Mar 29 2023 23:53:00 | DishNetwork, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 15426287 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 29 2023 23:53:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14894615 | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 29 2023 23:53:00 | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14722319 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 29 2023 23:54:00 | GM Financial, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 14722321 | | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:05 | JCPenney, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14722322 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2023 23:53:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14722323 | | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:04 | Lowe's/Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 14753084 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14736353 | | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 23:52:33 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14722324 | + | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 23:52:45 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14731886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14723021 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14788429 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:42 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Midland Credit, Management, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722327 | | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:48 | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14752255 | | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 23:52:28 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | PINGORA LOAN SERVICING, LLC |
| 14790364 | | PINGORA LOAN SERVICING, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766052 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14722311 | * | Capital One Bank USA NA, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15426289 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15426288 | *+ | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 17-24421-JAD    Doc 73    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 36 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor PINGORA LOAN SERVICING  LLC jblank@pincuslaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Diana C. Bothell julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Richard I. Bothell julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11