IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-24421 JAD |
|    Richard Bothell | : | |
|    Diana Bothell | : | |
|       Debtor | : | |
| | : | Chapter 13 |
|    Richard Bothell | : | |
|    Diana Bothell | : | |
|       Movant | : | |
| | : | |
|    v. | : | |
| | : | |
|    No Respondents | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 13, 2023, at docket numbers 68 and 69, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| <u>4-1-2023</u> | /s/ Richard Bothell |
| Date | Debtor |
| | |
| <u>4-1-2023</u> | /s/ Diana Bothell |
| Date | Debtor |

**PAWB Local Form 24 (07/13)**

Respectfully submitted,

| | |
|---|---|
| <u>April 11, 2023</u><br>DATE | <u>/s/ Kenneth Steidl</u><br>Kenneth Steidl, Esquire<br>Attorney for the Debtor<br>STEIDL & STEINBERG<br>707 Grant Street<br>Suite 2830, Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 391-8000<br>ken.steidl@steidl-steinberg.com<br>PA I.D. No. 34965 |

**PAWB Local Form 24 (07/13)**