IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/16/23 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RICHARD I. BOTHELL
DIANA C. BOTHELL
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-24421 JAD

Chapter 13

Related to ECF No. 70

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 16th day of May, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24421-JAD |
| Richard I. Bothell | Chapter 13 |
| Diana C. Bothell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard I. Bothell, Diana C. Bothell, 123 Maplewood Drive, Butler, PA 16001-9696 |
| 14722320 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, PO Box 182676, Columbus, OH 43218-2676 |
| 14722312 | + | Cenlar Loan Admin, PO Box 77404, Ewing, NJ 08628-6404 |
| 14722313 | + | Cenlar Mortgage, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 14722316 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14722318 | + | GM, PO Box 181145, Arlington, TX 76096-1145 |
| 15426286 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14722325 | + | Phelan HallinanDiamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14722326 | + | Pingora Loan Servicing LLC, 1755 Blake St, Suite 200, Denver, CO 80202-1479 |
| 14722328 | + | Tri Rivers Surgical Associates, 142 Clearview Cir, Butler, PA 16001-1565 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2023 00:07:00 | Americredit Financial Services, Inc dba GM Financi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:13:19 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753982 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2023 00:07:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14722309 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | May 17 2023 00:07:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14757669 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 00:26:22 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14722310 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 00:14:28 | Capital One Bank USA NA, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14743318 | | Email/PDF: bncnotices@becket-lee.com | May 17 2023 00:25:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750053 | + | Email/Text: bankruptcy@cavps.com | May 17 2023 00:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14722314 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2023 00:13:18 | Citibank Customer Service, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14722315 | | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 00:13:11 | Dicks Sporting Goods, P O Box 530916, Atlanta, GA 30353-0916 |
| 14735586 | + | Email/Text: mrdiscen@discover.com | May 17 2023 00:07:00 | Discover Bank, Discover Product Inc, PO BOX |

Case 17-24421-JAD    Doc 80    Filed 05/18/23    Entered 05/19/23 00:28:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14722317 | + | Email/Text: Bankruptcy.Consumer@dish.com | May 17 2023 00:07:00 | DishNetwork, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 15426287 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2023 00:07:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14894615 | | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2023 00:07:00 | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14722319 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2023 00:07:00 | GM Financial, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 14722321 | | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 00:26:09 | JCPenney, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14722322 | | Email/Text: PBNCNotifications@peritusservices.com | May 17 2023 00:07:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14722323 | | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 00:12:57 | Lowe's/Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 14753084 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 00:08:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14736353 | | Email/PDF: cbp@onemainfinancial.com | May 17 2023 00:13:35 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14722324 | + | Email/PDF: cbp@onemainfinancial.com | May 17 2023 00:14:12 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14731886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2023 00:13:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14723021 | + | Email/PDF: rmscedi@recoverycorp.com | May 17 2023 00:13:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14788429 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:14:32 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Midland Credit, Management, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722327 | | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 00:26:00 | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14752255 | | Email/PDF: ebn_ais@aisinfo.com | May 17 2023 00:25:07 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | PINGORA LOAN SERVICING, LLC |
| 14790364 | | PINGORA LOAN SERVICING, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766052 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14722311 | * | Capital One Bank USA NA, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15426289 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15426288 | *+ | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor PINGORA LOAN SERVICING LLC jblank@pincuslaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Diana C. Bothell julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Richard I. Bothell julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11